IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY MILLER,

    Petitioner,

v.                                        CASE NO. 4:05-cv-00331-MP-AK

JAMES CROSBY,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, this Court's previous order granting Petitioner's request to file *in forma pauperis*. The "Ordered and Adjudged" section of that order is hereby amended to read as follows:

**ORDERED AND ADJUDGED:**

1.     The motion to proceed *in forma pauperis* is GRANTED. Petitioner is not required to pay any filing fee for his appeal.

**DONE AND ORDERED** this   *9th* day of December, 2005

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge